IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GULF COAST WILBERT, INC.,

    Plaintiff,

v.                                  CASE NO.: 3:09cv165/MCR/EMT

CONTINENTAL CASUALTY COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Joint Stipulation and Motion for Dismissal. (Doc. 16-2). The previously entered Order of Dismissal (doc. 15) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 7th day of July, 2009.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**